644 A.2d 1185

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Danny KRONJAK, Appellant.**

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided July 13, 1994.

John Elder, Reading, for D. Kronjak.

Mark C. Baldwin, J. Patrick Hickey, Curtis E. Barnes, Iva C. Dougherty, Reading, for Com.

484

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM.

The appeal is hereby dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.